IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>ANA M. PARIS-AYALA<br>Defendant | CIVIL NO. 98-2411 (GG) |

**ORDER TO SHOW CAUSE**

On December 17, 1998 plaintiff filed the present complaint against defendant. (Docket entry #1). Defendant was served with process on March 22, 1999. (Docket entry #2). Since defendant did not answer the complaint, on April 13, 1999, plaintiff requested the entry of default against her. Default was entered against defendant Ana M. Paris-Ayala on April 14, 1999. **(Docket entry #3)**. Consequently, plaintiff requested judgment by default against defendant. (Docket entry #4). The same was entered on April 16, 1999 allowing the plaintiff to recover from defendant the sum of $1,599.28 ($903.39 of principal plus $695.89 in accrued interest through February 11, 1998) plus interest at the rate of 8% per annum and interest thereafter to the date of entry judgment, plus administrative and statutory costs in the total amount of $52.35 and filing fees in the amount of $150.00 as set forth in the Bill of costs; plus attorneys fees or the 10% surcharge imposed by law if plaintiff is forced to utilize the remedies provided under sub-chapter C of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. §3011. (Docket entry #6).




The above referenced judgment became firm and unappealable. Almost two years after the entry of judgment the government issued a subpoena commanding Ms. Paris-Ayala to appear on March 12, 2002 for a deposition. The same was personally served upon the defendant but she failed to appear at the same. (Docket entries #7 & 8). In view of this, the government requests us to issue an order directing the defendant to show cause why she should no t be held in contempt of court for her failure to appear for her oral deposition. (Docket entry #8). Said motion was notified to the defendant, however, as of today, she has not opposed the same.

**WHEREFORE**, in view of the above, the defendant, Ms. Ana M. Paris-Ayala, is hereby **ORDERED to SHOW CAUSE, by August 9, 2002**, why she should not be held in contempt of court for her failure to appear at the deposition of March 12, 2002. Failure to timely comply with this order will cause this court to proceed as herein intimated.

**SO ORDERED.**

San Juan, Puerto Rico, this 31st day of July, 2002.

GILBERTO GIERBOLINI
Senior U.S. District Judge