```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO
                                    *
UNITED STATES OF AMERICA            *
     Plaintiff                      *
                                    *     CIVIL NO. 98-2411 (GG)
         v.                         *
                                    *
ANA M. PARIS-AYALA                  *
         Defendant                  *
* * * * * * * * * * * * * * * * * **
```

**MINUTES OF PROCEEDINGS**

On March 9, 2004, the parties met with the Court for a Contempt Hearing. The parties met in chambers with the court. Present was Ms. Ana M. París Ayala, who appeared without legal representation. Also present was AUSA Rebeca Vargas and Mr. Valentín Díaz. The conference started at 3:00 p.m. and concluded at 4:00 p.m.

The court explained, in Spanish, to Ms. París the procedural background of the case and the reason why she had been ordered to appear before the court. Ms. París indicated that she understood what had been explained to her. AUSA Vargas provided Ms. París with an OBD 500 form (Financial Statement) which the later was instructed to submit to the U.S. Attorney's Office fully completed by **March 16, 2004.** The court forewarned Ms. París of the consequences of her failure to comply with this deadline.

AUSA Vargas made several questions to Ms. París regarding her current employment, financial status and personal information necessary to be in a position to determine a future payment plan for Ms. París to pay in full her debt with the government. She was also informed of the different payment options that she has available.

**CIVIL NO. 98-2411 (GG)**                                                                                          2

    The **Clerk of the Court** must notify this minute to all the parties.  As to Ms. París, this minute must be sent to her postal address, as follows:

                HC-01 Box 9042
                Barrio Torrecilla Baja
                Loíza, PR 00772

    In San Juan, Puerto Rico, this 17th day of March, 2004.

                                          FRANCES RIOS DE MORAN, CLERK

                                          S/ Sulma López Defilló

                          By:  SULMA LOPEZ DEFILLO
                                Courtroom Deputy Clerk