**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See instructions for "Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 98-CV-2411(GG) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ANA M. PARIS-AYALA | ORDER (dated February 5, 2004) |

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Ana M. Paris-Ayala

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

HC-01, Bo. Torrecilla Baja, Loiza, PR 00772-9743

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

H.S. GARCIA
United States Attorney
350 Chardon Street, Suite 1201
San Juan, Puerto Rico 00918 FLU/VD (787)766-5656
Attn: Rebecca Vargas-Vera, AUSA

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

ORDER MUST BE SERVED PERSONALLY TO ANA M. PARIS-AYALA.
CONTEMPT HEARING IS SET FOR MARCH 9, 2004 AT 3:00 PM
EMPLOYER'S ADDRESS: POLICIA MONTADA PINONES, (TEL. 791-1217)

* 4 AM to 12 PM

Signature of Attorney other Originator requesting service on behalf of:
REBECCA VARGAS-VERA, A.U.S.A.

☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (787)766-5656
DATE: 2.25.04

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. 69
District to Serve No. 69
Signature of Authorized USMS Deputy or Clerk
Date: 3-2-04

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
Policia Montada Pinones

Date: 03/04/2004   Time: 10:00  ☒ am  ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $90.00 | $7.30 | 0 | $97.30 | | |

REMARKS: 1st Edu: not at work but is there from during weekdays 4AM-12PM

PRIOR EDITIONS MAY BE USED

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00